IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-372-WKW |
| ) | [WO] |
| ) | |
| KAREN O'NEAL; VAISHALI ) | |
| THUDI DR., MD; MEDTRONIC; ) | |
| and BAPTIST MEDICAL CENTER ) | |
| SOUTH UAB MULTISPECIALTY ) | |
| CLINIC, ENDOCRINOLOGY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 13.) The Recommendation concludes that subject matter jurisdiction is lacking and recommends that the court dismiss this action without prejudice. (Doc. # 13 at 5.) Plaintiff Mark Knox timely filed objections. (Doc. # 14.) Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the Recommendation is correct and that the objections lack merit. Accordingly, it is ORDERED that the objections (Doc. # 14) are OVERRULED, that the Recommendation (Doc. # 13) is ADOPTED, and that this action is DISMISSED without prejudice.

Also before the court is Plaintiff's motion to file a second amended complaint. (Doc. # 15.) Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the court finds that Plaintiff's motion to amend, filed only after the entry of the Magistrate Judge's Recommendation, comes too late. Accordingly, it is ORDERED that Plaintiff's motion to file a second amended complaint (Doc. # 15) is DENIED.

DONE this 12th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE